**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Derrick U Dennis, on behalf of himself and all others similarly situated, | Case No. 1:18-cv-07153-FB-VMS |
| Plaintiffs, | |
| -against- | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| The Armoury Group (US) Limited., | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Queens, New York
             May 17, 2019

By: _____
Jonathan Shalom
SHALOM LAW, PLLC.
124-04 Metropolitan Avenue
Kew Gardens, NY 11415
718-971-9474
*ATTORNEYS FOR PLAINTIFF*

By:      /s/*Jason Mizrahi*
         Jason Mizrahi, Esq.
         1 Penn Plaza, Suite 2527
         New York, New York 10119
         Telephone: (212) 792-0048
         Facsimile: (212) 563-7108
         Email: Jason@levinepstein.com